

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ronald Jason Foster v. The State of Texas

Appellate case number:    01-17-00537-CR

Trial court case number:  D-1-DC-17-904025

Trial court:              390th Judicial District Court of Travis County

      Appellant Ronald Jason Foster's motion for rehearing is **denied.**

Justice's signature:  /s/ Jane Bland
                              Acting for the Court

Panel consists of Justices Bland, Lloyd, and Caughey

Date: July 17, 2018